BEFORE THE SECOND DIVISION, FEBRUARY 13, 1963

No. 67435.—J. M. Altieri v. United States, protests 61/4939, 61/22680, and 61/24877 (San Juan).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise consists of latticed sections and wedges similar in all material

respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.